## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 856 MAL 2016

                  Respondent   :

                          :  Petition for Allowance of Appeal from
                          :  the Order of the Superior Court

                       v.           :

DAVON JERMAINE COLLINS,         :

                  Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.